**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 14-7579**

TORRY T. LEWIS,

Petitioner - Appellant,

v.

UNITED STATES OF AMERICA; MR. HOLLINGSWORTH, Warden,

Respondents - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  Henry E. Hudson, Senior District Judge.  (3:14-cv-00478-HEH-MHL)

Submitted:  December 27, 2018                    Decided:  January 8, 2019

Before NIEMEYER, HARRIS, and RICHARDSON, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Torry T. Lewis, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Torry T. Lewis, a federal prisoner, appeals the district court's order dismissing his 28 U.S.C. § 2241 (2012) petition for lack of jurisdiction. Applying our recent decision in *United States v. Wheeler*, 886 F.3d 415 (4th Cir. 2018), *petition for cert. filed*, __ U.S.L.W. __ (U.S. Oct. 3, 2018) (No. 18-420), we conclude that Lewis cannot challenge his sentence under § 2241 because he has failed to satisfy the requirements of the savings clause of 28 U.S.C. § 2255(e) (2012). Accordingly, we grant leave to proceed in forma pauperis and affirm the district court's judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*